# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RICHARD CASTRO, | 16-cv-1390 GSA |
|---|---|
| Plaintiff, | |
| | **ORDER GRANTING IFP** |
| v. | **ORDER DIRECTING THE CLERK TO SEND PLAINTIFF CONSENT/DECLINE MAGISTRATE JUDGE JURISDICTION FORMS** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | **(Doc. 2)** |
| Defendant. | |

Plaintiff, Richard Castro ("Plaintiff"), filed a complaint on September 20, 2106, and an application to proceed in forma pauperis on that same day. (Docs. 1 and 2). Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the Motion to Proceed in Forma Pauperis (Doc. 2) is GRANTED.

Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of all pro se complaints for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the

complaint can be cured by amendment.  Plaintiff's case will be screened in due course.

As part of the screening process, the Clerk of the Court is directed to serve Plaintiff with a form accepting/declining a magistrate judge's jurisdiction over this mater.  Plaintiff shall return the completed form no later than **October 31, 2016**.

IT IS SO ORDERED.

Dated:   **September 23, 2016**                        **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

2